Charles E. Mehl, as Administrator, etc., of Richard Gray, Deceased, Appellant, v. W. E. Uptergrove Cigar Box Lumber Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Charles E. Metzger, on Behalf of Himself and Other Stockholders of the Knox Hat Manufacturing Company, etc., Respondent, v. Edward M. Knox and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Nassau-Suffolk Bond and Mortgage Guarantee Company, Respondent, v. James H. Draper, Appellant, Impleaded with Others, Defendants.— Judgment of the County Court of Nassau county in so far as appealed from affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Frances Plaine, an Infant, etc., Respondent, v. The Brooklyn Heights Railroad Company, Appellant, and Henry Coghlan, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

The People of the State of New York, Respondent, v. William Pinsker, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Harry Roberts, alias Harry Shanks, Appellant.— Judgment of conviction and order of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Frank Smith, Appellant, Impleaded with Others.— Judgment of conviction of the Court of Special Sessions reversed, on the ground that the facts do not justify a conviction on the information. Hirschberg, Burr, Thomas, Woodward and Rich, JJ., concurred.

The People of the State of New York ex rel. John McDonald, Relator, v. James D. Connor, as Police Commissioner of the City of Mount Vernon, Respondent.— Determination confirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ., concurred.

Peter J. Quinn, Respondent, v. The Nassau Electric Railroad Company, Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Edward W. Rider, Respondent, v. Saverio Gallo and Caterina Gallo, Appellants, Impleaded, etc. (Action No. 2.) — Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.